UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **GINGER RICHEY** | : | **CIVIL ACTION NO. 2:21-CV-03683** |
| **VS.** | : | **JUDGE JAMES D. CAIN, JR.** |
| **CALCASIEU PARISH POLICE JURY** | : | **MAGISTRATE KATHLEEN KAY** |

### JOINT MOTION TO DISMISS WITH PREJUDICE

On joint motion of plaintiff, Ginger Richey, and defendant, the Calcasieu Parish Police Jury, and on suggesting to the Court that the parties have concluded this matter, plaintiff wishes to dismiss the above numbered and entitled suit, with full prejudice, as to plaintiff's rights, inclusive of any rights to attorney's fees.

Respectfully submitted,

 s/ Samuel B. Gabb
Mr. Samuel B. Gabb (#22378)
Plauche, Smith & Nieset, L.L.C.
718 Ryan Street
Lake Charles, Louisiana 70601
(337) 436-0522
sgabb@psnlaw.com

Attorneys for Defendant, the Calcasieu Parish Police Jury

and

 s/ Kourtney L. Kech
Ms. Kourtney L. Kech (#37745)
Sudduth & Associates, LLC
1109 Pithon Street
Lake Charles, LA 70601
(337) 480-0101
james@saa.legal

Attorneys for Plaintiff, Ginger Richey